UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| M.C., *a minor through her parents/guardians* R.C. & J.C.; *and* C.L., *a minor through her parents/guardians* J.L & K.L., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | NO. 3:17-CV-337 REEVES/POPLIN |
| KNOX COUNTY BOARD OF EDUCATION *and* KNOX COUNTY, TENNESSEE, | ) ) ) ) ) | |
| *Defendants*. | | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendants' motion to dismiss [D. 17] is **GRANTED**. This suit is hereby **DISMISSED with prejudice.**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE